a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

FNU JASKARAN #A226-128-333,          CIVIL DOCKET NO. 1:26-CV-01202 SEC P
Petitioner

VERSUS                                         JUDGE ALEXANDER C. VAN HOOK

LASALLE DETENTION FACILITY          MAGISTRATE JUDGE PEREZ-MONTES
ET AL,
Respondents

---

### MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. §

2241 (ECF No. 1) filed by pro se Petitioner Fnu Jaskaran ("Jaskaran"), an

immigration detainee at the Winn Correctional Center in Winnfield, Louisiana.

Jaskaran seeks release from detention.

A court may order a respondent to file an answer, motion, or other response,

in its discretion. *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing §

2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine*

*Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna,

M.J.)[1]. And this Court has determined that a 21 day briefing schedule is reasonable

and appropriate in similar cases.

---

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases. *See*
*Hickey v. Adler*, 2008 WL 835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575,
577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D. W.Va. 1997); *see also Taylor*
*v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are
therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241").

1

Accordingly, to determine whether Jaskaran is entitled to relief, THE CLERK IS DIRECTED to serve a summons, a copy of the Petition (ECF No. 1), and a copy of this Order, by certified mail, on: (1) the United States through the United States Attorney for the Western District of Louisiana; (2) the United States Attorney General; (3) DHS/ICE through its Office of General Counsel; and by regular mail on (4) the Warden where Jaskaran is detained.

IT IS ORDERED that a Response be filed within **21 days** following the date of service of the Petition on the United States Attorney for the Western District of Louisiana, with summary judgment evidence regarding the lawfulness of his detention.

IT IS FURTHER ORDERED that Petitioner shall have **7 days** following the filing of Respondents' answer to reply.

After the record is complete and delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

SIGNED on Tuesday, May 5, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

2